UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-60557-CIV-MARRA/JOHNSON

LIZ ORDONEZ-DAWES,

    Plaintiff,

vs.

TURNKEY PROPERTIES, INC., a Florida
corporation d/b/a REMI DEVELOPERS;
MICHAEL FRIEND, individually; and
LILIA FRIEND, individually,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Judgment (DE 87), filed April 24, 2008.  The Court has carefully considered the motion and the record and is otherwise fully advised in the premises.

Following an evidentiary hearing on April 11, 2008, the Court concluded that Plaintiff was entitled to an award of actual damages and infringer's profits of $12,089,260.00 or an award of statutory damages of $1,050,000.00.  (DE 86.)  Plaintiff has elected to receive an award of actual damages and infringer's profits in this case.  (DE 87.)  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion for Entry of Final Judgment (DE 87) is hereby **GRANTED.**

2.     Judgment is hereby entered in favor of Plaintiff, Liz Ordonez-Dawes, and against Defendants Turnkey Properties, Inc., and Michael Friend, upon the complaint and exhibits herein.

3.     Plaintiff shall recover from Defendant the sum of $12,105,782.53, consisting of

       $58,760.00 in actual damages, $12,030,500.00 in infringer's profits, and $16,522.53 in attorney's fees and costs.

4. This judgment shall bear interest at the rate of 1.67% per annum from the date of this Final Judgment, for which let execution issue.

5. This judgment shall be enforceable as prescribed by 28 U.S.C. §§ 2001 et seq., 28 U.S.C. §§ 3001-3007, and Rule 69(a), Federal Rules of Civil Procedure.

6. Any other pending motions are **DENIED AS MOOT**.

7. The Clerk of the Court shall **CLOSE THIS CASE**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of April, 2008.

                                                  KENNETH A. MARRA
                                                  United States District Judge

copies to:
all counsel of record
Turnkey Properties, Inc.
Michael Friend, *pro se*